UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**National Products, Inc.**
      VS.      Plaintiff(s),

**Trippe Manufacturing Company, d/b/a Tripp Lite, et al.**
      Defendant(s),

Case No.:2:16-cv-00390-RAJ

AFFIDAVIT OF SERVICE



STATE OF ILLINOIS
COUNTY OF SANGAMON ss.

    The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

    That on 3/18/2016 at 10:35 AM at the address of 801 Adlai Stevenson Drive, Springfield, within Sangamon County, IL, the undersigned duly served the following document(s): Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Corporate Disclosure Statement of Plaintiff National Products, Inc. in the above entitled action upon Trippe Manufacturing Company, d/b/a Tripp Lite, by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Jennifer Balli, Customer Service Agent for Illinois Corporation Service, Registered Agent, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Female | Race: East Indian | Age: 21 | Height: 5' 6" | Weight: 110 | Hair: Black

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 3/18/16



J. Pennell
Registered Process Server
License#: 115-002074 - Expiration Date:5/31/2017
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

Subscribed and sworn before me, a Notary Public, this _18_ day of March, 2016

_Rachel Pennell_, Notary Public

My Commission expires on: 10-04-2016

AFFIDAVIT OF SERVICE

OFFICIAL SEAL
RACHEL PENNELL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-04-2016